AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Ehab SADEEK<br><br>Defendant(s) | Case No. C-20-1198M |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __May 7, 2020 - May 26, 2020__ in the county of __Live Oak__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC § 2422(b); 18 USC § 2423(b) | Coercion and enticement of a minor into sexual activity via use of the Internet or any facility or means of interstate or foreign commerce;<br><br>Travel with intent to engage in illicit sexual conduct |

This criminal complaint is based on these facts:
See attached document titled, "AFFIDAVIT"

☑ Continued on the attached sheet.

_____
Complainant's signature

Michael A. Monahan, Special Agent
Printed name and title

Submitted by reliable electronic means, sworn to, signature, attested telephonically per Fed. R. Crim. P. 4.1, and probable cause found on:

Date: 05/29/2020

_____
Judge's signature

Jason B. Libby, United States Magistrate Judge
Printed name and title

City and state: Corpus Christi, Texas

# AFFIDAVIT

I am a Special Agent with the United States Department of Homeland Security, Homeland Security Investigations (HSI), currently assigned to the Assistant Special Agent in Charge office in Corpus Christi, Texas. I have been employed in this agency since July of 2009, and my responsibilities include investigating criminal violations related to offenses committed against the United States including but not limited to, child exploitation and child pornography, including violations pertaining to the illegal production, distribution, receipt, and possession of child pornography in violation of Title 18, United States Code, § 2252A(a)(2), coercion and enticement of a minor into sexual activity via use of the Internet or any facility or means of interstate or foreign commerce in violation of Title 18, United States Code, § 2422(b) and travel with intent to engage in illicit sexual conduct in violation of Title 18, United States Code, § 2423(b). I have also received training in the area of child exploitation and child pornography with regard to violations of Title 18 United States Codes Sections 2251, 2252, 2252A, 2242, 2422 and 2423.

I am familiar with the information contained in this affidavit based upon the investigation I have conducted and based on my conversations with other law enforcement officers involved in this investigation, or who have engaged in numerous investigations involving child sexual exploitation.

The facts in this affidavit come from my personal observations, my training and experience and information obtained from other officers, agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the criminal charges being described below in this matter. Based on my training, experience, and the facts set forth in this affidavit, there is probable cause to believe that violations of Title 18 United States Code 2422(b) (Coercion and Enticement of a Minor), and Title 18 United States Code 2423(b) (Travel with Intent to Engage in Illicit Sexual Conduct) have been committed by Ehab SADEEK.

# PROBABLE CAUSE

On May 26, 2020, at approximately 11:49 AM, Officer M. Ramos of the George West Police Department (GWPD) responded to a report of a suspicious vehicle, later identified as a black 2020 Chevrolet Malibu bearing a Texas license plate, located at an address on Houston Street, which is in the City of George West, Live Oak County, Texas. The reporting party stated that he had observed the Malibu parked on the property with no apparent consent by the property owner since approximately 10:30 AM on this date. After several minutes on the phone with Hertz Rental out of San Antonio, Texas in effort to obtain information about the Malibu, which was determined to be a rental vehicle, a male subject later identified as Ehab SADEEK, age 47, began approaching Officer Ramos' location. SADEEK advised Officer Ramos that the Malibu belonged to him [SADEEK]. SADEEK stated that the family whose surname was known to him living across the street [that residence also located on Houston Street] was moving some stuff and advised him to park the vehicle somewhere across the street. SADEEK stated that he

parked the Malibu at its' current location as it looked very empty and was located off the road. SADEEK stated that the rental vehicle [Malibu] was picked up at the airport in Corpus Christi. SADEEK stated that he is a friend of the family and that he had come by to see if the family needed any work because a member of the family had a medical appointment for a serious medical issue. SADEEK stated that their daughter was inside their residence. SADEEK possessed a valid Massachusetts driver license and stated that he lives in Massachusetts.

Officer Ramos made contact with the daughter, K.B. (age 13), and asked her if she knew the male subject who had recently left the residence. K.B. nodded her head up and down and attempted to say "Sadeek". K.B. said she forgot how to pronounce his name. Officer Ramos then asked K.B. what she and SADEEK were doing. K.B. said that they [she and SADEEK] were eating shortly after SADEEK started touching her on her "private area".

SADEEK was then detained by officers, and then Officer Ramos returned to K.B.'s residence for further investigation. K.B. granted Officer Ramos access to the home. K.B. stated that she was home alone. K.B. and Officer Ramos proceeded to K.B.'s bedroom, where K.B. showed articles of lingerie that were laying on her bed and told Officer Ramos that SADEEK wanted her to try on the lingerie for him [SADEEK]. K.B. stated that she met SADEEK online and that she and SADEEK did have sexual intercourse. K.B. stated that she was somewhat willing to have the sexual intercourse initially, but then the intercourse began to hurt and she told SADEEK to stop and he would not stop having intercourse with her. K.B. stated that her parents [grandparents] were in Corpus Christi at a doctor's appointment. K.B. advised Officer Ramos that she wiped SADEEK's semen off of her [body] and threw it into a trashcan in her dad's bathroom. SADEEK was charged with violation of Texas Penal Code § 22.021.(B)(i) Aggravated Sexual Assault of a Child and lodged in the Live Oak County Jail.

On May 26, 2020, I met with a GWPD Detective and took custody of two tablets belonging to K.B. K.B.'s parents signed consent to search forms for the two tablets on the same date. I conducted a manual search of one of the tablets, a purple RCA Google tablet, on the evening of May 26, 2020. At this time, I discovered a Google Hangouts chat between K.B. and "ihab ciddeek" on the device that contained messages demonstrating that SADEEK had been grooming K.B. and enticing K.B., a minor of age 13, into sexual activity via use of the Internet since at least May 7, 2020. This chat also contained messages demonstrating that SADEEK was making plans to travel with intent to engage in illicit sexual conduct, specifically with K.B. Examples of this chat are as follows (all messages in the chat are not included herein):

ihab ciddeek: "I will pick u up all the way and sat u over my shoulders with ur legs spread between my head facing each other" (05/07/2020)

ihab ciddeek: "U have no idea how much I love u (redacted)" (05/07/2020)

ihab ciddeek: "Everything feels alive , joyful and more beautiful around you" (05/07/2020)

ihab ciddeek: "Sounds good. I'm so so looking forward to be with u" (05/10/2020)

ihab ciddeek: "So is ur home white color" [K.B. affirms] (05/10/2020)

ihab ciddeek: "When u sent the address I saw it on Google map lol" (05/10/2020)

ihab ciddeek: "I love u more ever day baby girl" (05/12/2020)

ihab ciddeek: "I look at ur pics all the time and smile" (05/12/2020)

ihab ciddeek: "And think how amazing it will be when we are together" (05/12/2020)

ihab ciddeek: "I would love to see u riding ur horse" (05/12/2020)

ihab ciddeek: "So when I come over babe we will stay at ur home as long as ur grandparents are not home" (05/12/2020)

ihab ciddeek: "Can't wait...it will be so freaking hottttt" (05/12/2020)

ihab ciddeek: "To be with u babe. No time is too much and no distance is too far That's how much I love you" (05/15/2020)

ihab ciddeek: "Because I know babe we will have a whole life to enjoy together"

ihab ciddeek: "I ll book the flight today" (05/19/2020)

ihab ciddeek: "So babe like Monday what time is best for us to meet morning or later on in the day" (05/19/2020)

K.B.: "Morning. Maybe or 10" (05/19/2020)

K.B.: "*9" (05/19/2020)

ihab ciddeek: "Sweet" (05/19/2020)

ihab ciddeek: "Looking at hotels and tickets" (05/19/2020)

ihab ciddeek: "I can't wait babe" (05/19/2020)

ihab ciddeek: "Love u sexy girl" (05/19/2020)

ihab ciddeek: "Can I come lick u dry ..hahah" (05/20/2020)
ihab ciddeek: "Finishing work and planning my visit to my sexy gorgeous girlfriend" (05/20/2020)

ihab ciddeek: "But some times girls like to feel it in her pussy and ass at the same time so couple can use one of those dildoo too to spice things up even more" (05/20/2020)

ihab ciddeek: "Will get u naked" (05/20/2020)

ihab ciddeek: "And kiss ever inch of ur body" (05/20/2020)

ihab ciddeek: "U making me hard now" (05/20/2020)

ihab ciddeek: "U r so hot" (05/20/2020)

ihab ciddeek: "Good babe..so my flight will land Monday at noon time" (05/21/2020)

ihab ciddeek: "By the time I get a rental I should be at George west between 2 pm and 3 pm on Monday afternoon" (05/21/2020)

ihab ciddeek: "Soon babe...4 days and u will be between my arms" (05/21/2020)

ihab ciddeek: "All done princess ..I booked everything" (05/21/2020)

ihab ciddeek: "3 days and 21 hours till we meeeet" (05/21/2020)

ihab ciddeek: "One day close to be together" (05/22/2020)

ihab ciddeek: "So is it safe for us to make love in the barn lol" (05/22/2020)

ihab ciddeek: "I will slide my hands under ur shirt" (05/22/2020)

ihab ciddeek: "When u come to the barn can u have just t shirt on but no pants lol" (05/22/2020)

ihab ciddeek: "This way u can be on my lap and feeling me tight" (05/22/2020)

K.B.: "I'm 13. I can't drive. It's too far of a walk to walk to the store, that's if you want me to say that to my parents so that I can go to ur hotel room"

ihab ciddeek: "Will be so amazing being together" (05/22/2020)

ihab ciddeek: "I shaved my head this morning" (05/22/2020)

ihab ciddeek: "I hope things I ordered on line shows up Tomorrow" (05/22/2020)

ihab ciddeek: "Want to see u trying them on for me" (05/22/2020)

ihab ciddeek: "Can we shower together when income over lol" (05/22/2020)

K.B.: "If u wanna" (05/22/2020)

ihab ciddeek: "Yeah that's hot" (05/22/2020)

K.B.: "Oki" (05/22/2020)

K.B.: "As long as we don't spend too much time in there. I don't wanna waste water" (05/22/2020)

ihab ciddeek: "Yes babe . Little water will do .I will pick u up and wrap ur legs around me" (05/22/2020)

ihab ciddeek: "And stand behind u and hold ur hips while fucking u standing up behind you" (05/22/2020)

ihab ciddeek: "Massaging ur shoulders and touching ur hair as I push my dick so deep inside u" (05/22/2020)

ihab ciddeek: "I want u to ride my dick too babe" (05/22/2020)

ihab ciddeek: "I lay on ur bed and have u come on top and ride my dick" (05/22/2020)

ihab ciddeek: "U want to watch it goes inside u babe" (05/22/2020)

ihab ciddeek: "If u have a mirror we can watch it as if happens ..if not u can use ur tablet or my phone and we can watch it on it" (05/22/2020)

ihab ciddeek: "Am I ur daddy babygirl" (05/22/2020)

ihab ciddeek: "I know u r my princess and I ll be ur everything" (05/22/2020)

ihab ciddeek: "Ur Bf. Ur lover , ur Daddy and ur sole mate" (05/22/2020)

ihab ciddeek: "Call me Daddy babe" (05/22/2020)

ihab ciddeek: "And tell me how much u want my dick to fuck ur tight juicy pussy" (05/22/2020)

ihab ciddeek: "And how u will have that right ass ready and soft for Daddy to fuck" (05/22/2020)

K.B.: "I'll lotion it. And uhh...I still want to stay a virgin.. u know.. my mom has instincts" (05/22/2020)

ihab ciddeek: "Yes babe" (05/22/2020)

ihab ciddeek: "I do known. Don't worry I won't go too deep" (05/22/2020)

ihab ciddeek: "Just the head of my dick inside ur pussy sonu can feel it fucking u and rub ur clit and pussy lips on it" (05/22/2020)

ihab ciddeek: "I want to feel ur pussy juice all over my dick" (05/22/2020)

ihab ciddeek: "And will lick ur pussy so good" (05/22/2020)

ihab ciddeek: "Will fuck ur ass so good and deep too" (05/22/2020)

ihab ciddeek: "And fill u with my warm cum" (05/22/2020)

ihab ciddeek: "Yeah babe .I know how to fuck u so so good" (05/22/2020)

ihab ciddeek: "First we will kiss a lot and I ll have u suck my dick" (05/22/2020)

ihab ciddeek: "Lick my balls" (05/22/2020)

ihab ciddeek: "And I will fuck ur mouth so good" (05/22/2020)

ihab ciddeek: "Kiss ur neck and behind ur ears" (05/22/2020)

ihab ciddeek: "And suck ur nipples so good and make them get hard" (05/22/2020)

ihab ciddeek: "Then rub my dick on ur nipples then fuck u between ur boobs" (05/22/2020)

ihab ciddeek: "Then I ll pick u up and wrap ur legs around me And kiss u standing up and rub my dick on ur pussy" (05/22/2020)

ihab ciddeek: "I ll have u slide down my boxers and hold my dick" (05/22/2020)

ihab ciddeek: "And I will drop down ur panties and rub my dick all over ur pussy and ur clit" (05/22/2020)

ihab ciddeek: "Then will carry u to ur bed and get u down on ur hands and knees and come from ur behind , and touch ur pussy and squeeze ur ass" (05/22/2020)

ihab ciddeek: "Spank ur ass with my dick" (05/22/2020)

ihab ciddeek: "Then put lube on my dick and fuck ur ass really good" (05/22/2020)

ihab ciddeek: "My balls will bounce and hit ur clit" (05/22/2020)

ihab ciddeek: "And will fuck u more and more" (05/22/2020)

ihab ciddeek: "Then fuck ur pussy doggy style a little while u r still on ur hands and knees" (05/22/2020)

ihab ciddeek: "I will cum inside ur pussy and ur ass and over ur body" (05/22/2020)

ihab ciddeek: "2 more days babygirl" (05/23/2020)

ihab ciddeek: "Actually 1 day and 19 hours only" (05/23/2020)

ihab ciddeek: "Just 24 hours" (05/24/2020)

ihab ciddeek: "Can't believe it babe" (05/24/2020)

ihab ciddeek: "I wanted to see u trying all of these things on for me" (05/24/2020)

K.B.: "There is a mall in Courpus Christi. Not in George West." (05/24/2020)

ihab ciddeek: "So I can stop by on my way then" (05/24/2020)

ihab ciddeek: "I can go Monday night after we spend time together" (05/24/2020)

ihab ciddeek: "Cause you will try them on Tuesday morning,right" (05/24/2020)

ihab ciddeek: "Just 10 hours babe" (05/25/2020 03:22 UTC-6)

ihab ciddeek: "Can't wait babe" (05/25/2020 03:22 UTC-6)

ihab ciddeek: "Im already at the airport" (05/25/2020 03:22 UTC-6)

ihab ciddeek: "I'm in Dallas already" (05/25/2020 08:42 UTC-6)

ihab ciddeek: "On my second flight now. But there is a few minutes delay" (05/25/2020 10:02 UTC-6)

ihab ciddeek: "Raining hard here in Dallas" (05/25/2020 10:04 UTC-6)

ihab ciddeek: "We r almost together love" (05/25/2020 10:04 UTC-6)

ihab ciddeek: "Flying now" (05/25/2020 10:05 UTC-6)

ihab ciddeek: "Will message u when we land" (05/25/2020 10:06 UTC-6)

ihab ciddeek: "I landed" (05/25/2020 13:08 UTC-6)

ihab ciddeek: "Where should I go now ...can't wait babe" (05/25/2020 13:08 UTC-6)

K.B.: Well.. do u have a rental car?" (05/25/2020 13:10 UTC-6)

ihab ciddeek: "Yes love I'm picking this up in a few minutes" (05/25/2020 13:11 UTC-6)

K.B.: "Well.. you're in Courpus Christi" (05/25/2020 13:11 UTC-6)

K.B.: "George West is 75-80 miles away" (05/25/2020 13:11 UTC-6)

ihab ciddeek: "Should I come to your home first" (05/25/2020 13:12 UTC-6)

K.B.: "I don't really know how to explain directions to get u there" (05/25/2020 13:12 UTC-6)

K.B.: "U can if u want" (05/25/2020 13:12 UTC-6)

ihab ciddeek: "It's okay baby I know how to get there" (05/25/2020 13:12 UTC-6)

ihab ciddeek: "I'm here babe" (05/25/2020 14:22 UTC-6)

K.B.: "OOOOOF!" (05/25/2020 14:22 UTC-6)

K.B.: "Shiiizzzz" (05/25/2020 14:22 UTC-6)

K.B.: "Uhhhh" (05/25/2020 14:22 UTC-6)

ihab ciddeek: "Love u babe" (05/25/2020 14:22 UTC-6)

ihab ciddeek: "Where should I park the car" (05/25/2020 14:23 UTC-6)

K.B.: "Lotion is still drying" (05/25/2020 14:23 UTC-6)

ihab ciddeek: "Its ok babe .I just want to be with u" (05/25/2020 14:23 UTC-6)

K.B.: "Oki" (05/25/2020 14:23 UTC-6)

K.B.: "What is your car's color?" (05/25/2020 14:23 UTC-6)

ihab ciddeek: "Black" (05/25/2020 14:23 UTC-6)

ihab ciddeek: "Should I leave it up the street there is an empty loy" (05/25/2020 14:24 UTC-6)

ihab ciddeek: "Lot" (05/25/2020 14:24 UTC-6)

K.B: "One sec. Imma be outside in one sec" (05/25/2020 14:26 UTC-6)

K.B.: "I'm in a blue white shirt" (05/25/2020 14:25 UTC-6)

ihab ciddeek: "Should I come to the front of the house" (05/25/2020 14:27 UTC-6)

K.B.: "Well.. there are some really good Hispanic restaurants" (05/25/2020 16:22 UTC-6)

ihab ciddeek: "Yeah babe..I might get a taco..do u want one ?" (05/25/2020 16:22 UTC-6)

K.B.: "Sure!" (05/25/2020 16:22 UTC-6)

ihab ciddeek: "Which one u like"(05/25/2020 16:22 UTC-6)

K.B.: "Hmmmm.... I'll take cheese inchelatas" (05/25/2020 16:23 UTC-6)

ihab ciddeek: "Sounds good babe. I ll get that then will go to the hotel .check in and charge my phone it's on 3% only lol" (05/25/2020 16:24 UTC-6)

ihab ciddeek: "Then I ll text u before I head back to ur place" (05/25/2020 16:24 UTC-6)

K.B.: "Ok" (05/25/2020 16:24 UTC-6)

K.B.: "But I can't go outside at 8" (05/25/2020 16:24 UTC-6)

K.B.: "That's not curfew" (05/25/2020 16:24 UTC-6)

K.B.: "*my" (05/25/2020 16:25 UTC-6)

ihab ciddeek: "Ok babe..I ll be there before that" (05/25/2020 16:25 UTC-6)

ihab ciddeek: "Just picked up the food and on my way to u" (05/25/2020 18:18 UTC-6)

ihab ciddeek: "Can I come now ?" (05/25/2020 18:21 UTC-6)

K.B.: "Yeah Sure. I'll be where we were before. Behind the white barn" (05/25/2020 18:22 UTC-6)

ihab ciddeek: "K love .should be there in 4 minutes" (05/25/2020 18:22 UTC-6)

K.B.: "My grandparents leave at 10:15" (05/25/2020 20:14 UTC-6)

K.B.: "I'll let you know when u can come" (05/25/2020 20:15 UTC-6)

ihab ciddeek: "Ok love" (05/25/2020 20:25 UTC-6)

ihab ciddeek: "Morning" (05/26/2020 07:04 UTC-6)

K.B.: "Hoi" (05/26/2020 07:05 UTC-6)

ihab ciddeek: "How r u babe" (05/26/2020 07:05 UTC-6)

K.B.: "I'm good" (05/26/2020 07:07 UTC-6)

K.B.: "U?" (05/26/2020 07:07 UTC-6)

ihab ciddeek: "Good babe . Did you sleep well" (05/26/2020 07:09 UTC-6)

K.B.: "Uhh nope" (05/26/2020 07:10 UTC-6)

ihab ciddeek: "Oh babe. Why" (05/26/2020 07:11 UTC-6)

K.B.: "I'll explain when you get here" (05/26/2020 07:11 UTC-6)

ihab ciddeek: "Ok love" (05/26/2020 07:14 UTC-6)

ihab ciddeek: "They r leaving at 10:15 still ?" (05/26/2020 07:14 UTC-6)

K.B.: "Yeah" (05/26/2020 07:21 UTC-6)

ihab ciddeek: "I'm here" (05/26/2020 09:40 UTC-6)

K.B.: "Lol" (05/26/2020 09:42 UTC-6)

K.B.: "I know" (05/26/2020 09:42 UTC-6)

K.B.: "I can see you though my window" (05/26/2020 09:42 UTC-6)

ihab ciddeek: "Hheh" (05/26/2020 09:42 UTC-6)

ihab ciddeek: "Where do I go" (05/26/2020 09:44 UTC-6)

ihab ciddeek: "What happened" (05/26/2020 09:47 UTC-6)

K.B.: "just go around back" (05/26/2020 09:49 UTC-6)

K.B: "Like normal" (05/26/2020 09:49 UTC-6)

ihab ciddeek: "K I'm there" (05/26/2020 09:50 UTC-6)

On May 27, 2020, I confirmed with American Airlines personnel that on May 25, 2020, SADEEK had a flight itinerary that included an originating flight on American Airlines 2527 from Boston Logan International Airport to Dallas/Fort Worth International Airport with a connecting flight on Sky West 2962 to Corpus Christi International Airport (CRP) with an arrival time of 12:23 PM at CRP.

On May 28, 2020, I observed a forensic interview of K.B. that was conducted at the Children's Advocacy Center of the Coastal Bend (CAC). The following is a summary of her statement:

Approximately two weeks into the COVID-19 pandemic quarantine, K.B. started chatting with "Bobbie" (as she referred to SADEEK) on the social media/messaging platform E-Chat, and then she and "Bobbie" switched to messaging with each other on the Google Hangouts social media/messaging platform several days later and continued to chat with each other exclusively

via the Hangouts application. "Bobbie" was initially polite and respectful in his chat with K.B., but then eventually his chat became sexual in nature and he was grooming her by continually professing his love for her. "Bobbie" sent still images of his erect penis and videos of himself masturbating to K.B. K.B. told "Bobbie" that she was 13 years of age from the very beginning of their chatting with each other. "Bobbie" told K.B. that he was going to take her to Boston, where he currently lives. K.B. eventually agreed to propositions made by "Bobbie" to travel out to Texas to visit her, and K.B. provided her address to "Bobbie". "Bobbie" flew in from Massachusetts through Dallas to Corpus Christi, rented a black car, and drove to George West to visit K.B. K.B. stated that the Hangouts chat showing this would be found in her purple tablet. "Bobbie" drilled into K.B.'s mind to keep this a secret. "Bobbie" showed up on Monday [May 25, 2020] in a black car and parked down the street from her house. K.B. met with him and led him behind the house and showed him her back yard and the white barn. "Bobbie" eventually began kissing K.B. and fondling her breasts as they were talking. K.B. kept trying to stop "Bobbie" but he would not stop kissing and groping her body. "Bobbie" bear-hugged K.B. tightly to the point of smashing her glasses up against her face. "Bobbie" eventually unbuttoned his pants and told K.B. to perform oral sex on his penis. K.B. did not want to perform oral sex on "Bobbie", but he had his hand on the back of her head and kept it there until he ejaculated into her mouth.

Later that evening, "Bobbie" returned to K.B.'s home with cheese enchiladas for K.B. After they ate their food outside behind the barn, "Bobbie" began kissing K.B.'s lips and breasts and kept asking her to remove her shorts. K.B. eventually complied and pulled her shorts down slightly. "Bobbie" then pushed her against a wall with her face to the wall, pulled down his pants, and rubbed his penis against her vagina. K.B. kept telling "Bobbie" to stop, and he eventually stopped and pulled his pants up. K.B. then went into her house and "Bobbie" went to his car and left the area. As she went into the house, K.B. was shaking, scared, feeling like she was having a panic attack, and nauseous.

On Tuesday morning [May 26, 2020], "Bobbie" arrived at her house with a bag in his hand that contained food and clothing. K.B was wearing a nightgown printed with the words "Good Morning Sunshine" on front and white flip flops. "Bobbie" and K.B. eventually moved toward K.B.'s bedroom, where "Bobbie" began removing the clothing from the bag. The clothing consisted of skimpy little underwear, lingerie, and other clothing items that were too tight, too small and very revealing. "Bobbie" kept pleading with her to try different outfits on until she eventually was able to put on a white floral print dress. "Bobbie" eventually undressed K.B. and himself and then threw K.B. onto her bed so hard that it hurt her. "Bobbie" then began touching the outside of her vagina with his penis, and then penetrated her vagina with his penis. "Bobbie" was crushing K.B. with his weight to the point where she felt she could not breathe. K.B. kept telling him to stop and that it was hurting her, but he would not stop penetrating her vagina. Even as she tried to pull away, "Bobbie" grabbed her legs and pulled her to him. "Bobbie" then turned K.B. over on her bed and penetrated her anus, again crushing her with his weight. K.B. was then too frightened of his physical strength to resist or try to escape "Bobbie". "Bobbie" then told K.B. to get down on the floor and then penetrated her anus in front of the mirror because as he told K.B., he liked to watch [the act]. "Bobbie" then

ejaculated into K.B.'s anus.

Photographs of SADEEK recovered from the Google Hangouts chat as posted by "ihab ciddeek" were shown to K.B., and K.B. confirmed that person is "Bobbie". An exemplar of the Google Hangouts chat was shown to K.B., and K.B identified this as part of their chat together and that "ihab ciddeek" is synonymous with "Bobbie".

K.B. reported having a tear in her anus resulting from the anal intercourse with SADEEK. I contacted Sexual Assault Nurse Examiner (SANE) Sandra Pardo of the Driscoll Children's Hospital C.A.R.E. Team, who performed the SANE exam on K.B. on May 26, 2020, and she confirmed that a tear was found in K.B.'s anus during the examination on that date.

_____
Michael A. Monahan, Special Agent
Homeland Security Investigations

Submitted by reliable electronic means, sworn to, signature, attested telephonically per Fed. R. Crim. P. 4.1, and probable cause found on ___May 29___, 2020

_____
The Honorable Jason B. Libby
United States Magistrate Judge