☐ 1) I am requesting a hearing for the exemption(s) checked above.

☐ 2) I am not requesting a hearing for the exemption(s) checked above.

☑ 3) I am requesting a transfer to the federal district where I reside in the petersburg (District) of Virginia (State).

United States Courts Southern District of Texas
FILED
NOV - 1 2024
Nathan Ochsner, Clerk of Court

[signature]
Ehab Sadeek

Address:
Petersburg Medium Complex
P.O. Box 1000, Petersburg
VA 23804

oct-13-2024
Date

I have already replied To your previous letter from a month ago And requested a Transefer To my current district which you have Not done so, far. My facility was on a Total lock down For 2 weeks so I'm responding as soon as I had a chance To mail you Back.