Federal correctional facility
Petersburg Medium complex
P.o Box 1000
Petersburg, V.A
23804
Ehab Sadeek
17445579

RICHMOND VA RPDC 230
25 OCT 2024 PM 1 L

As in past
USPS is re
If you choose
please mail ea

United States District Clerk
Southern District of Texas
1133 North Shoreline Blvd,
Corpus Christi, TX 78401

United States Courts Southern
District of Texas
FILED

NOV - 1 2024

Nathan Ochsner, Clerk of Court

78401-200399