**TO:** Clerk of Court
U.S. District Court
Southern District of Texas
Corpus Christi Division
800 N. Shoreline Blvd., Ste 500
Corpus Christi, TX 78401

United States Courts
Southern District of Texas
FILED
OCT 14 2025
Nathan Ochsner, Clerk of Court

**FROM:** Ehab Sadeek, Pro Se
Register Number: 17445-579
Federal Correctional Institution Petersburg
Medium Security
P.O. Box 1000
Petersburg, VA 23804

**DATE:** October 8, 2025

**RE: URGENT INQUIRY: FILING FEE FOR NOTICE OF APPEAL**
**Case No.: 2:20-cr-00853-1 (SDTX-Corpus Christi)**
***USCA* No.: 25-40581 (Fifth Circuit)**
**Docket Entry: 108 (Notice of Appeal filed 09/12/2025)**

## I. Introduction and Purpose

I, Ehab Sadeek, respectfully submit this memorandum to bring to the Court's attention a critical issue regarding the filing fee for my Notice of Appeal (Docket No. 108), filed on September 12, 2025. The docket reflects a "Fee status: Not Paid" (see Docket Entries 109 & 110). However, I have submitted the required payments in full via two separate money orders. I am concerned these payments have not been received or processed and request the Court's assistance in locating them and updating the docket accordingly.

## II. Statement of Facts

1. On or about **September 24, 2025,** I mailed a **money order in the amount of $505** to the court, intended as partial payment for the $605 filing fee for the Notice of Appeal.
2. Subsequently, on or about **September 27, 2025,** I mailed a second **money order in the amount of $100** to cover the remaining balance of the filing fee.
3. The docket report for my case, pulled on October 7, 2025, does not reflect receipt or application of either payment. The "Appeal Review Notes" (Docket Entry on 09/15/2025) specifically note "The appeal filing fee has not been paid."
4. For the Court's reference and investigation, I have included the following details from my records:
    - **$505 Money Order:** Issued on approximately **September 24, 2025**. Money Order Number: 22104303699.

- **$100 Money Order:** Issued on approximately **September 27, 2025**. Money Order Number: 22104884126.

**III. Request for Relief**

I respectfully request that the Clerk of Court:

1. Investigate the receipt and status of the two money orders described above.
2. Upon confirmation of receipt, please apply the total sum of **$605** to the filing fee for the Notice of Appeal (Docket No. 108) in Case No. 2:20-cr-00853-1.
3. Update the court's docket to reflect that the filing fee has been paid in full.

Attached for your convenience are photocopies of my customer receipts for both money orders [and my mailing receipts, if available].

Thank you for your attention to this urgent matter. I can be reached at my address of record listed above.

Respectfully submitted,

**Ehab Sadeek, Pro Se**
Register Number: 17445-579

**ATTACHMENTS:**

- Copy of customer receipt for $505 money order (MO#: 22104303699)
- Copy of customer receipt for $100 money order (MO#: 22104884126)

↓ LOAD THIS DIRECTION, THIS SIDE UP

MONEY ORDER RECEIPT - NON NEGOTIABLE

AGT 362126 LOC 000950 DT 092425 $505.00 5HUNDRED5DOLLARS AND NO CENTS

Payable to: US District court clerk

**RETAIN THIS MONEY ORDER RECEIPT. IT MUST BE INCLUDED WITH ALL REFUND REQUESTS. BE SURE TO READ IMPORTANT INFORMATION BELOW AND ON BACK.** For your own records, it is recommended that you make a photocopy of the completed Money Order before providing it to the receiver.

**PURCHASE AGREEMENT:** You the purchaser agree that Western Union Financial Services Inc. (WUFSI) need not stop payment on, or replace, or refund a lost or stolen WUFSI Money Order unless (1) you fill in the face of the Money Order at the time of purchase, and (2) you report the loss or theft to Western Union Financial Services Inc. in writing immediately, and (3) You provide WUFSI with this original Money Order receipt issued by Western Union Financial Services Inc., Denver, Colorado. For customer service, call 1-844-696-4263.

*2210430369 9*

LOAD THIS DIRECTION, THIS SIDE UP ↓

↓ LOAD THIS DIRECTION, THIS SIDE UP

MONEY ORDER RECEIPT - NON NEGOTIABLE

AGT 362022 LOC 000094 DT 092725 $100.00 1HUNDREDDOLLARS AND NO CENTS

Payable to: U.S. District Court Clerk

**RETAIN THIS MONEY ORDER RECEIPT. IT MUST BE INCLUDED WITH ALL REFUND REQUESTS. BE SURE TO READ IMPORTANT INFORMATION BELOW AND ON BACK.** For your own records, it is recommended that you make a photocopy of the completed Money Order before providing it to the receiver.

**PURCHASE AGREEMENT:** You the purchaser agree that Western Union Financial Services Inc. (WUFSI) need not stop payment on, or replace, or refund a lost or stolen WUFSI Money Order unless (1) you fill in the face of the Money Order at the time of purchase, and (2) you report the loss or theft to Western Union Financial Services Inc. in writing immediately, and (3) You provide WUFSI with this original Money Order receipt issued by Western Union Financial Services Inc., Denver, Colorado. For customer service, call 1-844-696-4263.

*2210488412 6*

LOAD THIS DIRECTION, THIS SIDE UP ↓