Ehab Sadeek, #17445-579
FCI Petersburg Medium
P.O. Box 1000
Petersburg, V A 23804

MEMPHIS TN 380
8 OCT 2025 PM 1 L

FOREVER USA

United States Courts
Southern District of Texas
FILED

OCT 14 2025

Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
CLERK OF THE COURT
1133 N. Shoreline Blvd.
Corpus Christi, TX 78401

78401-200399